# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| S&W FOREST PRODUCTS, LTD., | CASE NO. 18-0202MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CEDAR SHAKE & SHINGLE BUREAU, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court hereby ADOPTS the Parties' Stipulated Briefing Schedule. (Dkt. No. 22.) Plaintiff's Motion for Temporary Restraining Order (Dkt. No. 9) shall be treated as a Motion for Preliminary Injunction and shall be re-noted for March 8, 2019. The Response shall be due no later than March 4, 2019, and any Reply no later than March 8, 2019. The parties shall present oral argument on March 26, 2019 at 9:00 AM in Courtroom 14206 before Judge Marsha J. Pechman. Each side will be allowed thirty minutes for argument, including rebuttal.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed February 19, 2019.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk