THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

S&W FOREST PRODUCTS, LTD.,
a British Columbia corporation,

Plaintiff,

v.

CEDAR SHAKE & SHINGLE BUREAU,
a Washington nonprofit corporation;
WALDUN FOREST PRODUCTS LTD.,
a British Columbia corporation; and
ANBROOK INDUSTRIES LTD., a British
Columbia corporation,

Defendants.

Case No. 2:19-cv-00202-MJP

**ORDER GRANTING CEDAR SHAKE & SHINGLE BUREAU'S MOTION TO FILE OVER-LENGTH BRIEF**

The Court has considered Defendant Cedar Shake & Shingle Bureau's unopposed motion to file over-length brief. Being fully advised and good cause appearing, the Court GRANTS the motion and ORDERS that Cedar Shake & Shingle Bureau is authorized to file a response to Plaintiff S&W Forest Products, Ltd.'s pending motion for temporary restraining order/preliminary injunction (Dkt. 9) of up to 30 pages in length.

In accordance with LCR 7(f), S&W Forest Products, Ltd. is authorized to file a reply brief that "shall not exceed one-half the total length of the brief filed in opposition."

IT IS SO ORDERED.

/ / /

/ / /

DATED this 28th day of ____February____, 2019.

_____

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING CEDAR SHAKE AND SHINGLE BUREAU'S
MOTION TO FILE OVER-LENGTH BRIEF
(Case No. 2:19-cv-00202-MJP) - 2