# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| S&W FOREST PRODUCTS LTD, | CASE NO. C19-202 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CEDAR SHAKE & SHINGLE BUREAU, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

A telephone conference was held on June 6, 2019, with representatives for all parties present. At the conclusion of the conference, the Court issued the following orders:

1. Plaintiff is permitted to determine whom it wishes to call as witnesses.

2. Defendant CS&SB is to assist in the production of witnesses (specifically, the inspectors still employed by Intertek) at the hearing.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Filed June 6, 2019.

                                        William M. McCool
                                        Clerk of Court

                                         s/Paula McNabb
                                          Deputy Clerk

MINUTE ORDER - 2