THE HON. MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **S&W FOREST PRODUCTS, LTD.,** a British Columbia corporation<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>**CEDAR SHAKE & SHINGLE BUREAU,** a Washington nonprofit corporation; **WALDUN FOREST PRODUCTS LTD.,** a British Columbia corporation; and **ANBROOK INDUSTRIES LTD.,** a British Columbia corporation,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cv-00202<br><br>**ORDER GRANTING PLAINTIFF'S STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**NOTE DATE ON MOTION CALENDAR: September 24, 2019** |

The Court having reviewed plaintiff S&W Forest Products Ltd.'s Stipulated Motion for Extension of Time to File Response to Motion for Partial Judgment, it is hereby ordered that the Motion is GRANTED. Plaintiff shall have until October 4, 2019 to file its response to

///

///

///

ORDER GRANTING PLAINTIFF'S STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

defendant's pending Motion for Partial Summary Judgment (Dkt. 134). The Cedar Shake & Shingle Bureau's reply shall be due on October 11, 2019.

IT IS SO ORDERED.

DATED this _25th_ day of September, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by: /s/ Michael E. Haglund

ORDER GRANTING PLAINTIFF'S STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2019, I served the foregoing **ORDER GRANTING PLAINTIFF'S STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT** on the following and by the following indicated method(s):

| | |
|---|---|
| Larry S. Gangnes | Joseph D. Adamson |
| Heidi B. Bradley | Jessica N. Walder |
| Lane Powell PC | Lane Powell PC |
| P.O. Box 91302 | 1420 Fifth Avenue, Ste, 4200 |
| Seattle, WA 98111-9402 | Seattle, WA 98111 |
| gangnesl@lanepowell.com | adamsonj@lanepowell.com |
| bradleyh@lanepowell.com | walderj@lanepowell.com |
| *Attorneys for CSSB* | *Attorneys for CSSB* |
| | |
| Molly A. Terwilliger | Mathew L. Harrington |
| Yarmuth LLP | Jacob A. Zuniga |
| 1420 Fifth Avenue, Ste. 1400 | Stokes Lawrence, PS |
| Seattle, WA 98101 | 1420 Fifth Avenue, Ste. 3000 |
| mterwilliger@yarmuth.com | Seattle, WA 98101 |
| *Attorneys for Anbrook Industries Ltd.* | Mathew.harrington@stokeslaw.com |
| | Jacob.zuniga@stokeslaw.com |
| | *Attorneys for Waldun Forest Products, Ltd* |

by the following indicated method(s):

☐ by **mailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney at the last known office address of the attorney, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by **emailing** the attorney at the address listed above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth above.

☒ by transmitting full, true and correct copies thereof to the attorneys through the court's CM/ECF system on the date set forth above.

HAGLUND KELLEY LLP

By: *s/Michael E. Haglund*
Michael E. Haglund, OSB No. 772030
Admitted *Pro Hac Vice*
Attorney for Plaintiff

PAGE 1 – CERTIFICATE OF SERVICE

HAGLUND KELLEY LLP
200 SW MARKET STREET, SUITE 1777
PORTLAND, OR 97201
Tel: (503) 225-0777 / Fax: (503) 225-1257