THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S&W FOREST PRODUCTS, LTD., a British Columbia corporation,<br><br>      Plaintiff,<br><br>v.<br><br>CEDAR SHAKE & SHINGLE BUREAU, a Washington nonprofit corporation,<br><br>      Defendant. | Case No. 2:19-cv-000202<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 14, 2019 |

Whereas, the parties have fully compromised and settled the claims and counterclaim in the above-captioned action (the "Action").

NOW, THEREFORE, the parties hereby stipulate that the Action shall be dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

DATED: October 14, 2019

**HAGLUND KELLEY LLP**

By: */s/ Michael E. Haglund* (w/ consent)
 Michael E. Haglund (Pro Hac Vice)
 Michael K. Kelley (Pro Hac Vice)
 200 SW Market Street, Suite 1777
 Portland, OR 97201
 Phone: (503) 225-0777
 mhaglund@hk-law.com
 mkelley@hk-law.com

Attorneys for S&W Forest Products, Ltd.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. 2:19-cv-00202

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**LANE POWELL** PC

By */s/ Larry S.Gangnes*

Larry S. Gangnes, WSBA No. 08118
Heidi B. Bradley, WSBA No. 35759
Jessica Walder WSBA No. 47676
Joseph Adamson, WSBA No. 54752
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
gangnesl@lanepowell.com
bradleyh@lanepowell.com
walderj@lanepowell.com
adamsonj@lanepowell.com

Attorneys for the Cedar Shake & Shingle Bureau

## STIPULATED ORDER

Based on the foregoing Stipulation, and therefore being fully advised, the Court hereby Orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED that this Action is DISMISSED IN ITS ENTIRETY WITH PREJUDICE and without costs or attorneys' fees to any party.

DATED this 15th day of October, 2019.

Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
Case No. 2:19-cv-00202

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the United States, that on the date listed below, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to all CM/ECF participants.

DATED this 14th day of October, 2019, at Seattle, Washington.

*/s/ Larry S. Gangnes*
Larry S. Gangnes

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3
Case No. 2:19-cv-00202

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107